Christopher D. Johnson, SBN: 222698
Christopher Q. Pham, SBN: 206697
JOHNSON & PHAM, LLP
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone: (818) 888-1540
Facsimile: (818) 888-1544
Email: cpham@johnsonpham.com

Attorneys for Plaintiff
GURU DENIM, INC.

Jaison T. Benjamin, SBN: 239596
CLINTON & CLINTON
100 Oceangate, 14th Floor
Long Beach, California  90802
Telephone: (562) 216-5000
Facsimile: (562) 216-5001

Attorney for Defendant
LAUREN DIVELLO

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LAUREN DIVELLO, an Individual, and Does 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.: 07-CV-08285 CAS (AGR)<br><br>**[PROPOSED] ORDER SETTING ASIDE ENTRY OF DEFAULT JUDGMENT AND INSTEAD ENTERING CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff GURU DENIM, INC. and Defendant LAUREN DIVELLO,

hereby agree and stipulate to set aside the Default By Clerk entered on September 5, 2008, and instead consent to entry of this Consent Judgment and Permanent Injunction as follows:

The Default By Clerk entered on September 5, 2008 is hereby ordered set aside pursuant to the Stipulation of the Parties.

Moreover, judgment is hereby entered in favor of Plaintiff and against Defendant on Plaintiff's First Claim for Federal Trademark Infringement [15 U.S.C. §1114 *Lanham Act* §43(a)]; on Plaintiff's Second Claim for Federal Copyright Infringement [17 U.S.C. §501(a)]; on Plaintiff's Third Claim for False Designation of Origin [15 U.S.C. §1125(a)]; on Plaintiff's Fourth Claim for Trademark Dilution [15 U.S.C. §1125(c); *California Business & Professions Code* §14330]; on Plaintiff's Fifth Claim for Common Law Copyright Infringement [*California Civil Code* §980]; on Plaintiff's Sixth Claim for Unfair Business Practices [*California Business & Professions Code* §17200]; and on Plaintiff's Seventh Claim for Unjust Enrichment.

## STIPULATED FACTS

Plaintiff and Defendant, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby stipulate to the following facts as true and correct:

(a)     Plaintiff owns a registered United States trademark for the "True Religion Brand Jeans World Tour Fashion for the Senses Section Row Seat" label and corresponding artwork under U.S. Reg. No. 2,917,187, registered January 11, 2005.

(b).    Plaintiff owns registered United States trademarks in the pocket stitching pattern that appears on True Religion Brand Jeans pants and the overall stitching pattern on the front of True Religion Brand Jeans pants under U.S. Reg.

No. 3,147,244, registered September 16, 2006, and under U.S. Reg. No. 3,219,110, registered March 13, 2007.

(c). Plaintiff owns 4 registered United States trademarks in the word mark "True Religion Brand Jeans," (hereinafter, "the Mark) with assorted designs, characters and artwork (hereinafter, "the Designs") under the following registration numbers: U.S. Reg. No. 2,761,793, registered September 9, 2003; U.S. Reg. No. 3,120,797, registered July 25, 2006; U.S. Reg. No. 3,120,798, registered July 25, 2006; U.S. Reg. No. 3,282,490, registered August 21, 2007.

(d). Plaintiff owns registered United States trademarks in the word mark "True Religion," under U.S. Reg. No. 3,162,615, registered October 24, 2006; and under U.S. Reg. No. 3,162,614, registered October 24, 2006.

(e). Plaintiff owns two United States Copyrights for the True Religion Brand Jeans Designs under Certificate of Registration number VA 1-192-834, effective date of February 6, 2003, and Certificate of Registration number VA 1-301-845, effective date of April 13, 2005.

(f). Plaintiff owns an additional United States Copyright in the "truereligionbrandjeans.com" website under Certificate of Registration number TX 6-236-806, effective date of June 1, 2005.

(g). Plaintiff owns a United States Design Patent for the stitch pattern applied to True Religion Brand Jeans pants under United States Patent No. D547530, issued July 31, 2007.

(h). Plaintiff also owns registered trademarks in the True Religion Brand Jeans Mark and Designs in the following foreign countries or territories: Canada, United Kingdom, European Union, Germany, Australia, Japan, Korea, Mexico, Colombia, Hong Kong, Korea, Norway, Russia, South Africa and Paraguay.

(i).   Defendant came in receipt of and sold in the stream of commerce counterfeit True Religion Brand Jeans denim pants, which infringed on Plaintiff's trademarks and copyrights.

## PERMANENT INJUNCTION

Defendant, as well as her agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby are permanently enjoined from knowingly engaging in, committing, or performing, directly or indirectly, all of the following acts:

a.   using in any manner in connection with Defendant's business or in connection with any other advertising, promotions, solicitations or use for such business, services, or goods bearing the trademarks, trade names, and the copyrights of Plaintiff, as stated herein;

b.   performing or allowing any act or thing which is likely to injure Plaintiff's business reputation or good will;

c.   engaging in federal or state copyright and trademark infringement, false designation of origin, unfair competition, and dilution by tarnishment, which would damage or injure Plaintiff's trademarks, trade names, and the copyrights of Plaintiff, as stated herein; and

d.   using the Internet, world wide web, or any other domain name to advertise, promote, or sell items bearing the trademarks, trade names, and the copyrights of Plaintiff, or any confusingly similar mark such as the names, marks, and/or trade dress, or any colorable imitations thereof relating to the trademarks, trade names, and the copyrights of Plaintiff, as stated herein.

## MONETARY JUDGMENT

Defendant shall be liable to Plaintiff for the monetary judgment of Three Thousand Five Hundred Dollars ($3,500.00), which shall be payable in certified funds to "Johnson & Pham, LLP," or acceptable merchant account processing with

1  a major recognized credit card service, such as Visa, Mastercard or American
2  Express, by no later than December 1, 2008.
3          Except as set forth in any separate written agreement between the parties,
4  each party shall bear its own costs, expenses, disbursements and attorneys' fees
5  incurred to date.
6          The Central District of California shall reserve and retain jurisdiction as to
7  any and all disputes arising out of this Consent Judgment and Permanent
8  Injunction by and between Plaintiffs and Defendant.
9          **IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated:  December 2, 2008              By: _____
                                          Hon. Christina A. Snyder,
                                          Judge of the United States District
                                          Court for the Central District of
                                          California


AGREED AND STIPULATED AS TO FORM AND CONTENT:

**Dated: November __, 2008**              **JOHNSON & PHAM, LLP**

                                          By: _____
                                              CHRISTOPHER Q. PHAM, ESQ.
                                              Attorney for Plaintiff
                                              GURU DENIM, INC.

1 | **DATED: November __, 2008**        CLINTON & CLINTON

2

3                                                              By: _____
                                                                    JAISON T. BENJAMIN, ESQ.
4                                                                   Attorney for Defendant
                                                                    LAUREN DIVELLO
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26